IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TELLY BRIGGS,<br><br>                Plaintiff,<br><br>vs.<br><br>DANIEL MORALES, RYAN WISNIESKI,<br>CHAD OSTMEYER, in both their<br>Individual and Official Capacities; and<br>CITY OF IMPERIAL, a political subdivision<br>of the State of Nebraska;<br><br>                Defendants. | 7:19CV5012<br><br>AMENDED<br>CASE PROGRESSION ORDER |

    This matter comes before the Court on the Joint Motion to Extend Deadlines for Completion of Fact Discovery Disclosures and Incorporated Memorandum in Support (Filing No. 33). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

    **IT IS ORDERED** that the Joint Motion to Extend Deadlines for Completion of Fact Discovery Disclosures and Incorporated Memorandum in Support (Filing No. 33) is granted and the case progression order is amended as follows:

1) The deadline for moving to amend pleadings or add parties remains **August 31, 2020**.

2) The deadline for completing initial written discovery limited to jurisdiction, venue, and/or immunity issues under Rules 33, 34, and 36 of the Federal Rules of Civil Procedure is extended to **October 16, 2020**. Motions to compel such written discovery under Rules 33, 34, and 36 must be filed by **October 30, 2020**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

3) The status conference scheduled for **September 14, 2020**, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **November 9, 2020,** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deadline for filing motions to resolve jurisdiction, venue, and/or immunity issues is extended to **November 30, 2020**.

5)  The parties shall contact the undersigned magistrate judge to schedule a telephone conference to discuss further progression of this case within 14-days of the court's ruling on any motion to resolve jurisdiction, venue, and/or immunity, if necessary.

6)  The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

7)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 28th day of August, 2020.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge