## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TELLY BRIGGS,** <br><br>                **Plaintiff,** <br><br>     vs. <br><br> **DANIEL MORALES, RYAN WISNIESKI, CHAD OSTMEYER, in both their Individual and Official Capacities; and CITY OF IMPERIAL, a political subdivision of the State of Nebraska;** <br><br>                **Defendants.** | **7:19CV5012** <br><br> **SECOND AMENDED CASE PROGRESSION ORDER** |

      This matter comes before the Court on the Joint Motion to Extend Deadlines (Filing No. 36). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Joint Motion to Extend Deadlines (Filing No. 36) is granted and the amended case progression order is amended as follows:

1) The status conference scheduled for **November 9, 2020**, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **January 15, 2021,** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for filing motions to resolve jurisdiction, venue, and/or immunity issues is extended to **February 1, 2021**.

3) The parties shall contact the undersigned magistrate judge to schedule a telephone conference to discuss further progression of this case within 14-days of the court's ruling on any motion to resolve jurisdiction, venue, and/or immunity, if necessary.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 6th day of November, 2020.

                                            BY THE COURT:

                                            s/Michael D. Nelson <br>
                                            United States Magistrate Judge