IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **TELLY BRIGGS,**<br><br>                **Plaintiff,**<br><br>    vs.<br><br>**DANIEL MORALES, in both his Individual and Official Capacities; RYAN WISNIESKI, in his Official Capacities; CHAD OSTMEYER, in both his Individual and Official Capacities; and CITY OF IMPERIAL, a political subdivision of the State of Nebraska;**<br><br>                **Defendants.** | **7:19CV5012**<br><br>**AMENDED**<br>**CASE PROGRESSION ORDER** |

This matter is before the Court on defendant's unopposed motion to amend case progression deadlines (Filing No. 71). After a review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** the case progression order (Filing No. 69) is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **May 18, 2022**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **June 1, 2022**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deadlines for identifying expert witnesses and completing expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For the plaintiff: | **July 1, 2022** |
   | For the defendants: | **August 3, 2022** |
   | Plaintiff's rebuttal: | **August 17, 2022** |

3) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **October 3, 2022**.

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.

4)     The planning conference scheduled for August 1, 2022, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **October 3, 2022**, at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference. ([Filing No. 19](#))

5)     The deadline for filing motions to dismiss and motions for summary judgment is **November 1, 2022**.

6)     The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **November 1, 2022**.

7)     The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8)     All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 23rd day of February, 2022.

                                                         BY THE COURT:

                                                         s/Michael D. Nelson
                                                         United States Magistrate Judge